1  Ana P. Hallmon (SBN 253309)
SALTZMAN & JOHNSON LAW CORPORATION
2  1141 Harbor Bay Parkway, Suite 100
Alameda, California 94502
3  Telephone: (510) 906-4710
4  Email: ahallmon@sjlawcorp.com

5  Attorneys for Plaintiffs, District Council 16 Northern
California Health And Welfare Trust Fund, et al.
6

7  Kathleen Cahill Slaught (SBN 168129)
William J. Dritsas (SBN 97523)
8  SEYFARTH SHAW, LLP
560 Mission Street, Suite 3100
9  San Francisco, California 94105
Phone: (415) 397-2823
10 Email: kslaught@seyfarth.com
Email: wdritsas@seyfarth.com
11
Attorneys for Defendant, Grand Hyatt SF, L.L.C.
12

13             UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15 | DISTRICT COUNCIL 16 NORTHERN              | Case No.  3:20-cv-05975-JSC
   | CALIFORNIA HEALTH AND WELFARE TRUST        |
16 | FUND; and its JOINT BOARD OF TRUSTEES;     | **STIPULATION AND [PROPOSED]**
   | ROBERT WILLIAMS and JOHN MAGGIORE,         | **ORDER FOR DISMISSAL**
17 | Trustees;                                  |
                                                | **(Fed. Rule Civ. Pro. 41(a)(1)(ii))**
18
   BAY AREA PAINTERS AND TAPERS PENSION
19 TRUST FUND, and its JOINT BOARD OF
   TRUSTEES; ROBERT WILLIAMS and JORDAN
20 SATRAP, Trustees; and

21 DISTRICT COUNCIL 16 NORTHERN
   CALIFORNIA JOURNEYMAN AND
22 APPRENTICE TRAINING TRUST FUND, and its
   JOINT BOARD OF TRUSTEES; ROBERT
23 WILLIAMS and JEANNIE SIMPELO, Trustees,

24
              Plaintiffs,
25
         v.
26
   GRAND HYATT SF, L.L.C., a Delaware Limited
27 Liability Company,

28
              Defendant.

                              1
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
Case No. 3:20-cv-05975-JSC

1       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs DISTRICT COUNCIL 16

2  NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, *et al*. ("Plaintiffs") and

3  Defendant GRAND HYATT SF, L.L.C. ("Defendant") (collectively, "Parties"), by and through their

4  attorneys of record in this case, stipulate and agree as follows:

5       WHEREAS, on August 25, 2020 Plaintiffs filed their Complaint against Defendant;

6       WHEREAS, Plaintiffs served their Complaint and Summons on Defendant on September 2,

7  2020;

8       WHEREAS, Defendant Answered the Complaint on November 12, 2020;

9       WHEREAS, Plaintiffs and Defendant, hereinafter referred to as "Parties," wish to finally resolve

10  and settle all disputes between them relating to, and arising out of, the matters referenced, alleged and/or

11  asserted in the action, including the payment of attorneys' fees;

12       WHEREAS, Parties acknowledge no admission of wrongdoing or liability was made;

13       WHEREAS, Parties agree that neither of them shall claim or be deemed the prevailing party;

14       WHEREAS, Parties agree that this action did not in any manner relate to statutory withdrawal

15  liability, and as such dismissal of the action has no effect on statutory withdrawal liability;

16       Parties hereby stipulate and respectfully request that this action be dismissed with prejudice in its

17  entirety.

18                       *SIGNATURES ON FOLLOWING PAGE*

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

2

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**
**Case No. 3:20-cv-05975-JSC**

1    Dated: February 3, 2021                         SEYFARTH SHAW LLP

2

3
                                              By:  _____/S/_____
4                                                   Kathleen Cahill Slaught
                                                    Attorneys for Defendant
5                                                   GRAND HYATT SF, L.L.C.

6

7    Dated: February 3, 2021                         SALTZMAN & JOHNSON LAW
                                                    CORPORATION
8

9

10                                             By:  _____/S/_____
                                                    Ana P. Hallmon
11                                                  Attorneys for Plaintiffs
                                                    DISTRICT COUNCIL 16 NORTHERN
12                                                  CALIFORNIA HEALTH AND WELFARE
                                                    TRUST FUND, *et al*.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**
**Case No. 3:20-cv-05975-JSC**

1                            **[PROPOSED] ORDER**

2        The Court, having considered the stipulation submitted herewith, hereby enters the following

3 order: the entire action is dismissed with prejudice.

4 **IT IS SO ORDERED.**

5

6

7 Dated: _____

                                     Northern District Magistrate Judge

8                                      The Hon. Jacqueline Scott Corley

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**
**Case No. 3:20-cv-05975-JSC**